UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  9/27/2021
```

GENEVIEVE ZIETEK,

                Plaintiff,

-against-

PINNACLE NURSING & REHAB CENTER; NURSE VANESSA; NURSE ANA; CO-RESIDENT HECTOR ORTIZ-DIAZ; CO-RESIDENT DAMIEN A. SANTOS; JUSTICE ROBERT T. JOHNSON; JOAN BRYANT OF SOCIAL SERVICES AT PINNACLE,

                Defendants.

21 Civ. 5488 (AT)

**ORDER**

ANALISA TORRES, United States District Judge:

    The Court is in receipt of Defendant Pinnacle Nursing & Rehab Center's ("Pinnacle") motion to dismiss the complaint, ECF No. 15, and their letter dated September 23, 2021, updating the Court on the status of service to Plaintiff *pro se*, Genevieve Zietek, ECF No. 25. Accordingly:

1. The Clerk of Court is directed to update Plaintiff *pro se*'s mailing address to c/o Schervier Rehabilitation and Nursing Center, 2975 Independence Avenue, Bronx, New York, 10463;
2. By **October 29, 2021**, Plaintiff shall file her opposition papers to the motion to dismiss;
3. By **November 12, 2021**, Pinnacle shall file its reply, if any.

    The Clerk of Court is directed to mail a copy of this Order to Plaintiff *pro se*.

    SO ORDERED.

Dated: September 27, 2021
       New York, New York

                                          ANALISA TORRES
                                     United States District Judge