UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __11/16/2021__
```

GENEVIEVE ZIETEK,

                Plaintiff,

-against-

PINNACLE NURSING & REHAB CENTER; NURSE VANESSA; NURSE ANA; CO-RESIDENT HECTOR ORTIZ-DIAZ; CO-RESIDENT DAMIEN A. SANTOS; JUSTICE ROBERT T. JOHNSON; JOAN BRYANT OF SOCIAL SERVICES AT PINNACLE,

                Defendants.

21 Civ. 5488 (AT)

**ORDER**

ANALISA TORRES, United States District Judge:

      The Court is in receipt of a letter dated October 13, 2021, and filed November 10, 2021 from Plaintiff *pro se* Genevieve Zietek seeking additional time to respond to the motion to dismiss her complaint filed by Defendant Pinnacle Nursing & Rehab Center ("Pinnacle"). ECF No. 28. Plaintiff's request is GRANTED. Accordingly:

1. The Clerk of Court is directed to update Plaintiff *pro se*'s mailing address to c/o Schervier Rehabilitation and Nursing Center, Room 109A 2975 Independence Avenue, Bronx, New York, 10463;
2. By **December 6, 2021,** Plaintiff shall file her opposition papers; and
3. By **December 20, 2021**, Pinnacle shall file their response.

The Clerk of Court is directed to mail a copy of this Order to Plaintiff *pro se*.

SO ORDERED.

Dated: November 16, 2021
       New York, New York

                                          ANALISA TORRES
                                      United States District Judge