```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __12/8/2021__
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GENEVIEVE ZIETEK,

                Plaintiff,

-against-

PINNACLE NURSING & REHAB CENTER; NURSE VANESSA; NURSE ANA; CO-RESIDENT HECTOR ORTIZ-DIAZ; CO-RESIDENT DAMIEN A. SANTOS; JUSTICE ROBERT T. JOHNSON; JOAN BRYANT OF SOCIAL SERVICES AT PINNACLE,

                Defendants.

21 Civ. 5488 (AT)

**ORDER**

ANALISA TORRES, United States District Judge:

    The Court is in receipt of a letter dated November 30, 2021, and filed December 3, 2021, from Plaintiff *pro se* Genevieve Zietek seeking additional time to respond to the motion to dismiss her complaint filed by Defendant Pinnacle Nursing & Rehab Center ("Pinnacle"). ECF No. 31. Plaintiff's request is GRANTED. Accordingly:

1. By **December 29, 2021,** Plaintiff shall file her opposition papers;
2. By **January 12, 2022**, Pinnacle shall file its response.

    **The Court shall not grant any further extensions of the briefing schedule**. If Plaintiff fails to file an opposition by December 29, 2021, the Court shall consider Defendant's motion to dismiss unopposed and rule accordingly on the merits.

    The Clerk of Court is directed to mail a copy of this Order to Plaintiff *pro se*.

    SO ORDERED.

Dated: December 8, 2021
       New York, New York

                                              ANALISA TORRES
                                       United States District Judge