```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  3/2/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GENEVIEVE ZIETEK,

                          Plaintiff,

-against-

PINNACLE NURSING & REHAB CENTER.

                          Defendant.

21 Civ. 5488 (AT)

**ORDER**

ANALISA TORRES, United States District Judge:

      The Clerk of Court is directed to mail a copy of the Court's March 2, 2022 order directing competency proceedings for Plaintiff, ECF No. 42, to Plaintiff *pro se*.

      SO ORDERED.

Dated: March 2, 2022
         New York, New York

                                                          ANALISA TORRES
                                          United States District Judge