```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/9/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
GENEVIEVE ZIETEK,                                :
                                                 :
                      Plaintiff,                 :     **ORDER**
                                                 :
        -v-                                      :     21-CV-5488 (AT) (JLC)
                                                 :
PINNACLE NURSING & REHAB CENTER,                 :
                                                 :
                      Defendant.                 :
---------------------------------------------------------------X

**JAMES L. COTT, United States Magistrate Judge.**

The Court respectfully directs the Clerk of Court to modify the viewing level for plaintiff Genevieve Zietek's letter at Docket Number 57 to the Selected Parties viewing level, restricted to court users and the following parties: Plaintiff Genevieve Zietek, Defendant Pinnacle Nursing & Rehab Center, Defendant's Counsel. The sealing of this letter is due to the fact that it includes personal bank account information that should not be available on the public docket under Rule 5.2 of the Federal Rules of Civil Procedure.

**SO ORDERED.**

Dated: August 9, 2022
       New York, New York

_____
JAMES L. COTT
United States Magistrate Judge

1