```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: _2/14/2023_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GENEVIEVE ZIETEK,

                Plaintiff,

-against-

PINNACLE NURSING & REHAB CENTER,

                Defendant.

21 Civ. 5488 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On February 2, 2023, the Court held that Defendant, Pinnacle Nursing & Rehab Center ("Pinnacle"), may renew its motion to dismiss by February 13, 2023. ECF No. 86. On February 13, 2023, Pinnacle filed a motion to dismiss. ECF No. 87. Accordingly, by **March 7, 2023**, Plaintiff shall file her opposition. By **March 21, 2023**, Pinnacle shall file its reply, if any.

    SO ORDERED.

Dated: February 14, 2023
       New York, New York

_____
ANALISA TORRES
United States District Judge