UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GENEVIEVE ZIETEK, | |
| Plaintiff, | |
| -against- | |
| PINNACLE NURSING & REHAB CENTER, | |
| Defendant. | |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __2/17/2023___

21 Civ. 5488 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The Court is in receipt of Plaintiff's letter dated February 10, 2023. ECF No. 89. Notwithstanding Plaintiff's appeal of a prior order, this proceeding has not been stayed. Plaintiff is reminded that she must file her opposition to Defendant's motion to dismiss, ECF No. 87, by **March 7, 2023**, *see* ECF No. 88.

SO ORDERED.

Dated: February 17, 2023
New York, New York

ANALISA TORRES
United States District Judge