UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GENEVIEVE ZIETEK,

                Plaintiff,

-against-

PINNACLE NURSING & REHAB CENTER,

                Defendant.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  1/4/2024
```

21 Civ. 5488 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On January 2, 2024, the Court received a letter by fax from Plaintiff *pro se*. Plaintiff *pro se* is reminded that pursuant to the Court's individual rules of practice for *pro se* cases, "[a]ll communications with the Court by a *pro se* party must be mailed to the Pro Se Intake Unit, United States Courthouse, 500 Pearl Street, Room 200, New York, New York 10007. No documents or court filings should be sent directly to chambers." ¶ I.A.

    In this instance, however, the Clerk of Court is directed to docket the letter sent by fax and mail a copy of this order to Plaintiff *pro se*.

    SO ORDERED.

Dated: January 4, 2024
       New York, New York

                                                  ANALISA TORRES
                                        United States District Judge