**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------X

GENEVIEVE ZIETEK,

                Plaintiff,                21 **CIVIL** 5488 (AT)(JLC)

      -against-                        **<u>JUDGMENT</u>**

PINNACLE NURSING AND REHAB CENTER,

                Defendant.

-------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated February 7, 2024, the Court has ADOPTED Judge Cott's R&R in its entirety. Pursuant to Federal Rule of Civil Procedure 12(b)(1), Plaintiff's complaint is dismissed, without prejudice, for lack of subject matter jurisdiction. Defendant's motion to dismiss is, therefore, GRANTED; accordingly, the case is closed.

**Dated:**  New York, New York

       February 7, 2024

                                                           **RUBY J. KRAJICK**

                                                             **Clerk of Court**

                                 **BY:**   *K. Mango*

                                                             **Deputy Clerk**